

|  |  |
|---|---|
| July 16, 2025 | Fish & Richardson P.C.<br>7 Times Square<br>20th Floor<br>New York, NY 10036<br>T: 212 765 5070<br>F: 212 258 2291 |
| **VIA ECF AND FACSIMILE** | **Kristen McCallion**<br>Principal<br>McCallion@fr.com<br>T: 212 641 2261 |
| Hon. Alvin K. Hellerstein<br>United States District Judge<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007<br>Fax: (212) 805-7942 | SO ORDERED.<br>7.16.25 /s/ Alvin K. Hellerstein |

Re:   *Valvoline LLC, Valvoline Licensing and Intellectual Property LLC, and Valvoline Inc., v. VGP Holdings LLC and VGP IPCO LLC*, Case No. 1:25-cv-05369

Dear Judge Hellerstein:

We represent Defendants VGP Holdings LLC and VGP IPCO LLC in the above-referenced matter. Pursuant to Rule 1.D of Your Honor's Individual Rules, we respectfully request a 45-day extension of time to respond to the Complaint. The current deadline is July 24, 2025. This is the first request for an extension of this deadline. Plaintiffs consent to the requested extension.

If granted, the new deadline to respond to the Complaint would be September 19, 2025. No other deadlines or conferences have been scheduled to date. The requested extension will not affect any other deadlines, and the parties do not anticipate the need to modify any future schedule at this time.

We thank the Court for its attention to this matter.

Respectfully submitted,

Kristen McCallion
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Tel: (212) 765-5070
Fax: (212) 258-2291

Attorney for Defendants

fr.com