# K&L GATES

September 25, 2025

Benjamin I. Rubinstein
Partner
Benjamin.Rubinstein@klgates.com

**Via ECF and Facsimile**

T +1 973 848 4140
F +1 973 848 4001

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7942

Re:     *Valvoline LLC, Valvoline Licensing and Intellectual Property LLC, and Valvoline Inc., v. VGP Holdings LLC and VGP IPCO LLC*, Case No. 1:25-cv-05369

Dear Judge Hellerstein:

We represent Plaintiffs Valvoline LLC, Valvoline Licensing and Intellectual Property LLC, and Valvoline Inc. ("Plaintiffs") in the above-referenced action.  Pursuant to Rule 1.D of Your Honor's Individual Rules, we write to respectfully request the Court's approval of an extension of the briefing deadlines for the Motion to Dismiss of Defendants VGP Holdings LLC And VGP IPCO LLC's ("Defendants") (ECF No. 18) filed in this action on September 19, 2025.  The current deadline for Plaintiffs to respond to the Motion to Dismiss is October 3, 2025.  The current deadline for Defendants to reply is October 10, 2025.

All parties consent to a 14-day extension of time for Plaintiffs to respond to the Motion to Dismiss and a 7-day extension of time for Defendants to reply.  The parties respectfully request the Court approve the consented-to extensions and order that Plaintiffs' deadline to respond to the Motion to Dismiss be October 17, 2025, and Defendants' deadline to reply to the Motion to Dismiss be October 31, 2025.

This is Plaintiffs' first request for an extension. The requested extension will not affect any other deadlines, as no other deadlines or conferences have been scheduled to date, and the parties do not anticipate the need to modify the schedule further at this time.  We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Benjamin Rubinstein

Benjamin I. Rubinstein