**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VALVOLINE LLC ET AL,

                     Plaintiffs,

      -against-                                25 **CIVIL** 5369 (AKH)

                                             **JUDGMENT**

VGP HOLDINGS LLC ET AL,

                     Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated February 19, 2026, Defendants' motion to dismiss Plaintiffs' Lanham Act claims, the Second and Third causes of action, is granted. Having dismissed all claims over which the Court has original jurisdiction, the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state-law claims, which are dismissed without prejudice. Defendant's motion to strike is denied as moot.

**Dated:** New York, New York

       February 25, 2026

                                      **TAMMI M. HELLWIG**

                                    _____
                                         **Clerk of Court**

              **BY:**

                                      _____
                                         **Deputy Clerk**